[Nos. 15416-1-II; 15421-8-II; Division Two.  April 28, 1994.]
15525-7-I.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
JOSEPH BROMBACH, ET AL, *Appellants*.

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY
LEE ROGERS, *Appellant*.

Appeals from judgments of the Superior Court for Cowlitz
County, Nos. 90-1-00500-1, 90-1-00569-8, 89-1-00177-0, Don L.
McCulloch and James E. Warme, JJ., entered October 14
and November 25, 1991. *Affirmed* by unpublished opinion per
Alexander, J., concurred in by Morgan, C.J., and Houghton,
J.

[No. 15546-0-II.    Division Two.   April 28, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. HARLEY
RICHARDS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 91-1-00530-1, Leonard W. Kruse, J., entered
November 15, 1991. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Morgan, C.J., and Seinfeld, J.